Printed: 10/22/10 01:22 PM                     Claims Distribution Small Checks                               Page: 1

Case: 09-50728 - SPEEDLING, WAYNE R.

Trustee: ROBERT R. KANUIT (430160)

RECEIVED
2010 OCT 27 AM 8:46
U.S. BANKRUPTCY COURT
DULUTH MN

| Account No. | Check No. Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200503677216 | 110 10/22/10 | 4 | 05/11/10 | U.S. Bankruptcy Court | 610 | NORTHERN STATES POWER CO | 172.82 | 172.82 | 3.38 | $3.38 |
| | | | | | | Check Amount: | | | 3.38 | 3.38 |

RRK 10/22/10

(*) Denotes objection to Amount Filed